**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**CIVIL NO.  3:05CV97**

| | | |
|---|---|---|
| **MARI G. SLOANE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **BANK OF AMERICA LONG TERM** | ) | |
| **DISABILITY BENEFITS PLAN;** | ) | |
| **METROPOLITAN LIFE INSURANCE** | ) | |
| **COMPANY, a/k/a METLIFE; and BANK** | ) | |
| **OF AMERICA CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* for reassignment.

**IT IS, THEREFORE, ORDERED** that the Clerk reassign this case to

the Hon. Robert J. Conrad, Jr., and the Plaintiff's motion for an extension

of time to complete discovery, filed January 18, 2006, is likewise referred

to Judge Conrad.

**Signed: January 20, 2006**

Lacy H. Thornburg
United States District Judge